September 20, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

TOMMIE KELLY, Appellant

NO. 14-11-00628-CR                           V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order this decision certified below for observance.